UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 2:09-cr-35 |
| ) | |
| LAWRENCE ZITT, ) | |
| ) | |
| Defendant. ) | |

FINDINGS AND RECOMMENDATION
OF THE MAGISTRATE JUDGE UPON A
SUPERVISED RELEASE REVOCATION HEARING

TO: THE HONORABLE RUDY LOZANO
UNITED STATES DISTRICT COURT

This matter came on for hearing before the Honorable Andrew P. Rodovich, United States Magistrate Judge, on November 29, 2017. The United States Government appeared by counsel Assistant United States Attorney Jennifer Chang. Defendant Lawrence Zitt appeared in person and by counsel Matthew Soliday and in the custody of the United States Marshal.

A Supervised Release Revocation Hearing was held. Based upon the record of proceedings the court makes this Report and Recommendation.

The defendant, Lawrence Zitt, pled guilty to Count 1 of the Superseding Indictment, conspiracy to possess with intent to distribute one or more kilograms of heroin, and was sentenced to a 72 month term of imprisonment followed by a supervised release term of 60 months. On March 3, 2015, the defendant admitted guilt to violating the conditions of his term of supervision and was sentenced to an 8 month term of imprisonment followed by a return of supervised release to the original term date. On November 23, 2015, the defendant admitted guilt to violating the conditions of his term of supervision and was sentenced to an 8 month term

of imprisonment followed by a 2 year term of supervised release with a special condition that he reside at the Residential Re-Entry PACT Bradley Center for 6 months.

On April 4, 2017, a Petition for Warrant was filed alleging that the defendant had violated the terms and conditions of his supervised release.

On June 19, 2017, the defendant was arrested.

On June 19, 2017, the Initial Appearance was held.

On June 22, 2017, the parties stipulated to probable cause and waived a full detention hearing.

On August 30, 2017, the U.S. Probation Office filed a Summary Report of Violations [DE 745].

On October 16, 2017, the parties filed the Agreed Disposition of Supervised Release Violations [DE 746].

On October 16, 2017, the defendant by counsel filed a Motion to Transfer Case to Magistrate Judge, which was granted.

On November 8, 2017, District Court Judge Rudy Lozano issued an Order Referring Case for a Report and Recommendation for the undersigned Magistrate Judge to conduct the Supervised Release Revocation Hearing to recommend modification, revocation, or termination of the supervised release in this case, and to submit proposed findings and recommendations pursuant to 18 U.S.C. §§ 3401(i) and 3583(e) and Federal Rule of Criminal Procedure 32.1.

As a result of the November 29, 2017, Supervised Release Revocation Hearing I FIND as follows:

1. that the defendant has been advised of his right to remain silent, his right to counsel, his right to be advised of the charges against him, his right to a contested

Supervised Release Revocation Hearing, and his rights in connection with such a hearing;

2. that the defendant understands the proceedings, allegations and his rights;

3. that the defendant knowingly and voluntarily admitted that he committed the violations set forth on page 2 and 3 of the Agreed Disposition of Supervised Release Violations;

4. that the admitted violations are Grade C violations, the defendant's criminal history category is VI, and the advisory guideline range is 8-14 months imprisonment, and the statutory maximum sentence that may be imposed is 5 years imprisonment;

5. that the parties jointly agree to a sentence of the defendant to 12 months and 1 day of additional imprisonment with no further supervised release to follow; and

6. that the parties have waived their right to appear before Judge Lozano for the Supervised Release Revocation Hearing and Sentencing pursuant to Federal Rule of Criminal Procedure 43(a)(3).

I RECOMMEND to Judge Lozano as follows:

7. that the defendant be adjudged to have committed the violations of his supervised release described on page 2 and 3 of the Agreed Disposition of Supervised Release Violations;

8. that the supervised release of the defendant be revoked;

9. that the agreement of the parties be accepted and the defendant be ordered committed to the United States Bureau of Prisons forthwith to serve 12 months and 1 day of additional imprisonment therein;

10. that after successful completion of the additional term of imprisonment the defendant not continue on supervised release; and

11. that the sentence be imposed without the defendant making an additional court appearance.

ENTERED this 1st day of December, 2017.

/s/ Andrew P. Rodovich
United States Magistrate Judge