**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CAUSE NO. 2:09-CR-35 |
| ) | |
| LAWRENCE ZITT, ) | |
| ) | |
| Defendant. ) | |

### ORDER

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Supervised Release Revocation Hearing, filed on December 1, 2017 (DE #752). More than 14 days have passed and no party has filed any objection to the Report and Recommendation. *See Willis v. Caterpillar, Inc.*, 199 F.3d 902, 904 (7th Cir. 1999) (explaining that the failure to file a timely objection will result in the waiver of the right to challenge a report and recommendation). Therefore, upon due consideration, the Court hereby **ADOPTS** the Findings and Recommendation. Defendant Zitt is **ADJUDGED** to have committed the violations set forth on pages 2 and 3 of the Agreed Disposition of Supervised Release Violations. (See DE #746.) Defendant Zitt's term of supervised release is **REVOKED**. The agreement of the parties (DE #746) is **ACCEPTED**, and Defendant Zitt is hereby committed to the United States Bureau of Prisons to serve 12 months and 1 day of additional imprisonment. Upon his release from the

Bureau of Prisons, Defendant Zitt shall be discharged from any further term of supervision.

**DATED: January 9, 2018**            <u>**/s/RUDY LOZANO, Judge**</u>
                                                                 **United States District Court**